**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Anthony Jerome THOMPSON, Defendant–Appellant.**

**No. 08–30356.**

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.\*

Filed June 23, 2009.

Marcia Kay Hurd, Esquire, Assistant U.S., USBI—Office of the U.S. Attorney, Billings, MT, Plaintiff–Appellee.

Darla Jean Mondou, Esquire, Mondou Law Office, Marana, AZ, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM \*\*

Anthony Jerome Thompson appeals from the 10–month sentence imposed upon revocation of supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Thompson's counsel has filed a brief stating there are no grounds for relief, along

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.